**LAURA CURRAN**
County Executive



**JARED A. KASSCHAU**
County Attorney

# COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

September 26, 2019

**Via ECF**

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Napolitano and Dark Storm Industries, LLC v. County of Nassau
               CV-19-5064 (NGG) (LB)

Dear Judge Garaufis:

      This office represents the County of Nassau, the defendant in the above-referenced lawsuit which was commenced pursuant to 42 U.S.C §1983 seeking injunctive relief and damages arising out of the County's alleged policy with respect to the enforcement of New York Penal Law §265.001 as it relates to weapons commonly referred to as tasers and stun guns.

      The within application seeks a brief extension of time – until October 16, 2019 -- to respond to the Complaint. Currently, the County's response is due on October 1, 2019. This is the first request for an extension, and it does not affect any other deadlines. The County requires the extension in order to adequately prepare its response to the Complaint.

      Plaintiffs' attorneys were consulted prior to filing the within application. They declined to consent citing their intention to file a motion for a preliminary injunction within the next week enjoining the County from enforcing New York Penal Law §265.0015-a

      However, no injunction in this case is necessary. In light of New York State's determination not to appeal the decision in *Avitable v. Beach*, 368 F. Supp. 3d 404 (N.D.N.Y 2019) the County's current policy is not to enforce §265.001 as it relates to the mere possession of tasers and stun guns. Thus, Plaintiffs' have no need for injunctive relief in this case and a two-week extension of the County's time to answer will not prejudice Plaintiffs in any way.

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**
**WRITER'S DIRECT LINE: 516-571-3014**

In light of the foregoing, Defendant County of Nassau respectfully requests an Order extending their time to respond to the Complaint until October 16, 2019.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Liora M. Ben-Sorek*

Liora Ben-Sorek
Deputy County Attorney

cc:  James M. Maloney, Esq. (Via ECF)
    Stephen D. Stambouliah, Esq. (Via ECF)
    Alan A. Beck, Esq. (Via ECF)