# ⓢ Stambouliḙh Law, PLLC

P.O. Box 4008, Madison, MS  39130 | (601) 852-3440 | stephen@sdslaw.us

September 29, 2019

Hon. Nicholas G. Garaufis  *Via ECF*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

RE:  *John Napolitano and Dark Storm Industries LLC v. County of* Nassau; 2:19-cv-05064-NGG-LB

Dear Judge Garaufis:

    I am one of the attorneys representing Plaintiffs in the above-styled matter.  In response to Defendant County of Nassau's letter request seeking additional time in which to respond to Plaintiffs' Complaint (Docket No. 11), Plaintiffs had initially declined to consent to additional time as the Plaintiffs were intending to file a preliminary injunction next week.  However, as of September 27, 2019, the County of Nassau provided us a memorandum which was purportedly sent to all Nassau County Federal Firearm Licensed Dealers.  *See* Attachment "1".

    Given the attached memorandum, Plaintiffs no longer oppose Defendant's request for an extension to respond to the Complaint and do not intend to file a preliminary injunction.

                          Yours very truly,

                            STEPHEN D. STAMBOULIEH

cc:    All counsel of record w/
        attachment (ECF)