# Nassau County



# Police Department

**LAURA CURRAN**
COUNTY EXECUTIVE

1490 Franklin Avenue
Mineola, New York 11501
(516) 573-8800

**PATRICK J. RYDER**
POLICE COMMISSIONER

September 26, 2019

Via electronic mail

Nassau County Federal Firearm Licensed Dealers (FFL Dealers)

Re: Stun Gun Ruling

Dear Nassau County Federal Firearm Licensed Dealer:

Please be advised that it has come to my attention that you received an e-mail from Lieutenant Marc Timpano, Commanding Officer, Pistol License Section, on June 12, 2019 with regard to inquiries from this group to Lieutenant Timpano as to whether or not you (FFL dealers) are authorized, legally or ethically, to sell stun guns/electronic dart guns to citizens other than to law enforcement members of the service. Please note that the Nassau County Police Department does not regulate the sale of stun guns nor does it provide legal advice to private citizens on such matters. You should consult your own legal counsel to answer your inquiry.

With regard to the reference to the March 22, 2019 U.S. District Court for the Northern District of New York decision in the aforementioned email from Lieutenant Timpano, please be advised that since the New York State Attorney General's Office has not appealed the referenced case, the Nassau County Police Department's current policy is <u>not</u> to enforce New York State Penal Law section 265.01 as it relates to the mere possession of electronic dart guns and electronic stun guns.

Accordingly, please disregard Lt. Timpano's email of June 12, 2019 on the subject matter.

Sincerely,

Robert M. Hart
Assistant Commissioner

RH/jfb

Attachment "1"