**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN NAPOLITANO and DARK STORM INDUSTRIES LLC )<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NASSAU<br><br>Defendant. | Civil Action No. 2:19-cv-05064-NGG-LB |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs hereby stipulate to the dismissal of this action as to Defendant with prejudice. No party hereto is an infant or incompetent and no person not a party has an interest in the subject matter of the action.

Dated: October 11, 2019.

                        Respectfully submitted,

*/s/ James M. Maloney*
James M. Maloney
33 Bayview Avenue
Port Washington, NY 11050
(516) 767-1395
maritimelaw@nyu.edu
EDNY Bar # JM-5297

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440

stephen@sdslaw.us
MS Bar No. 102784
NDNY Bar Roll# 520383
* *Admitted Pro Hac Vice*

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA  92122
(619) 905-9105
Alan.alexander.beck@gmail.com
**Admitted Pro Hac Vice*
*Counsel for Plaintiffs*


**SO ORDERED:**_____
                Hon. Nicholas G. Garaufis
                United States District Judge