D/F Case 2:19-cv-05064-NGG-LB  Document 15  Filed 10/16/19  Page 1 of 1 PageID #: 50

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN NAPOLITANO and DARK STORM INDUSTRIES LLC <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF NASSAU <br><br> Defendant. | Civil Action No. 2:19-cv-05064-NGG-LB |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs hereby stipulate to the dismissal of this action as to Defendant with prejudice. No party hereto is an infant or incompetent and no person not a party has an interest in the subject matter of the action.

Dated: October 11, 2019.

Respectfully submitted,

/s/ James M. Maloney
James M. Maloney
33 Bayview Avenue
Port Washington, NY 11050
(516) 767-1395
maritimelaw@nyu.edu
EDNY Bar # JM-5297

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440

stephen@sdslaw.us
MS Bar No. 102784
NDNY Bar Roll# 520383
* *Admitted Pro Hac Vice*

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA 92122
(619) 905-9105
Alan.alexander.beck@gmail.com
**Admitted Pro Hac Vice*
*Counsel for Plaintiffs*

SO ORDERED: s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
United States District Judge
10/15/19